**ELLIS GEORGE LLP**
Keith J. Wesley (State Bar No. 229276)
 kwesley@ellisgeorge.com
Noah S. Helpern (State Bar No. 254023)
 nhelpern@ellisgeorge.com
David D. Kim (State Bar No. 293445)
 dkim@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff EVOX PRODUCTIONS, LLC

*Additional counsel listed on the next page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AUTO FIT, INC., an Arizona corporation,<br><br>Defendant.<br><br>AUTO FIT, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>Third-Party Defendant. | Case No. 2:23-cv-00702-MWF (SKx)<br>Hon. Michael W. Fitzgerald<br>Magistrate Steve Kim<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   January 30, 2023<br>Stay Entered:   July 19, 2024<br>Trial Date:   Vacated and None Set |

2513891.1

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Leo A. Bautista, SB# 149889
2     Leo.Bautista@lewisbrisbois.com
   Robert M. Collins, SB# 254915
3     Robert.Collins@lewisbrisbois.com
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant AUTO FIT, INC.

7

8  Amelia B. Valenzuela (SBN 320428)
   E-mail: Amelia.Valenzuela@quarles.com
9  **QUARLES & BRADY LLP**
10 2629 Foothill Blvd., #440
   La Crescenta, CA 91214
11 Telephone: (602) 229-5635
12 Facsimile: (602) 229-5690

13 Patrick J. Murphy (Wis. Bar No. 1070825)
   E-mail: Patrick.Murphy@quarles.com
14 Hannah M. Schwartz (Wis. Bar No. 1118503)
15 E-mail: Hannah.Schwartz@quarles.com
   **QUARLES & BRADY LLP**
16 411 East Wisconsin Avenue, Suite 2400
17 Milwaukee, Wisconsin 53202-4428
   Telephone: 414-277-5000
18 Facsimile: 414-271-3552
19 (*Pro hac vice applications forthcoming*)

20 Attorneys for Third-Party Plaintiff AUTO FIT, INC.

21

22 **MUSICK, PEELER & GARRETT LLP**
   Wayne B. Littlefield (State Bar No. 069132)
23    *w.littlefield@musickpeeler.com*
   Lynn A. O'Leary (State Bar No. 110365)
24    *l.oleary@musickpeeler.com*
   Danica Lam (State Bar No. 266710)
25    *d.lam@musickpeeler.com*
   624 South Grand Avenue, Suite 2000
26 Los Angeles, California 90017-3383
   Telephone: (213) 629-7600
27 Facsimile: (213) 624-1376

28 Attorneys for Third-Party Defendant NAUTILUS INSURANCE COMPANY

**WHEREAS**, Plaintiff EVOX PRODUCTIONS, LLC, a Delaware limited liability company ("Evox"); Defendant and Third-Party Plaintiff AUTO FIT, INC., an Arizona corporation ("Auto Fit"); and Third-Party Defendant NAUTILUS INSURANCE COMPANY, an Arizona insurer ("Nautilus"), have executed settlement agreements which resolve all respective claims for relief that were or could have been the subject of these actions.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Evox, Auto Fit, and Nautilus, through their designated counsel, that the above-captioned case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that each party shall bear its own costs and attorney's fees incurred in connection with these actions.

**SO STIPULATED.**

Dated: January 24, 2025

ELLIS GEORGE LLP
   Keith J. Wesley
   Noah S. Helpern
   David D. Kim

By:    */s/ David D. Kim*
      David D. Kim
Attorneys for Plaintiff EVOX PRODUCTIONS, LLC

Dated: January 24, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP
   Leo A. Bautista
   Robert M. Collins

By:    */s/ Robert M. Collins*
      Robert M. Collins
Attorneys for Defendant AUTO FIT, INC.

Dated:  January 24, 2025        QUARLES & BRADY LLP
              Patrick J. Murphy
              Amelia B. Valenzuela
              Hannah M. Schwartz

             By: */s/ Patrick J. Murphy*
                Patrick J. Murphy
             Attorneys for Third-Party Plaintiff AUTO FIT, INC.

Dated:  January 24, 2025        MUSICK, PEELER & GARRETT LLP
              Wayne B. Littlefield
              Lynn A. O'Leary
              Danica Lam

             By: */s/ Danica Lam*
                Danica Lam
             Attorneys for Third-Party Defendant
             NAUTILUS INSURANCE COMPANY

## **L.R. 5-4.3.4 FILER'S ATTESTATION**

I, David D. Kim, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

             By: */s/ David D. Kim*
                David D. Kim

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2025, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals:

| | |
|---|---|
| Robert M. Collins, Esq.<br>Leo A. Bautista, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone:  (213) 250-1800<br>Email:  Robert.Collins@lewisbrisbois.com<br>Email:  Leo.Bautista@lewisbrisbois.com | Attorneys for Defendant AUTO FIT, INC. |
| Amelia B. Valenzuela<br>**QUARLES & BRADY LLP**<br>2629 Foothill Blvd., #440<br>La Crescenta, CA 91214<br>Telephone:  (602) 229-5635<br>Email:  Amelia.Valenzuela@quarles.com | Attorneys for Defendant/Third-Party Plaintiff AUTO FIT, INC. |
| Patrick J. Murphy (Wis. Bar No. 1070825)*<br>Hannah M. Schwartz (Wis. Bar No. 1118503)*<br>**QUARLES & BRADY LLP**<br>411 East Wisconsin Avenue, Suite 2400<br>Milwaukee, Wisconsin 53202-4428<br>Telephone:  (414) 277-5000<br>E-mail:  Patrick.Murphy@quarles.com;<br>Hannah.Schwartz@quarles.com<br>*\*pro hac vice applications forthcoming* | Attorneys for Defendant/Third-Party Plaintiff AUTO FIT, INC. |
| **MUSICK, PEELER & GARRETT LLP**<br>Wayne B. Littlefield, Esq.<br>Lynn A. O'Leary, Esq.<br>Danica Joyce T. Lam, Esq.<br>333S. Hope Street, Suite 2900<br>Los Angeles, California 90017-3383<br>Telephone  (213) 629-7600<br>Email:  w.littlefield@musickpeeler.com;<br>L.oleary@musickpeeler.com;<br>d.lam@musickpeeler.com | Attorneys for Third-Party Defendant NAUTILUS INSURANCE COMPANY |

_____
Nancy Torrecillas